IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cunningham, David

Printed: 1/29/08

Case Number: 07 B 16459
Judge: Squires, John H
Filed: 9/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: December 5, 2007
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,372.81 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,298.68 |
| Trustee Fee: |  | 74.13 |
| Other Funds: |  | 0.00 |
| Totals: | 1,372.81 | 1,372.81 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 2,026.00 | 1,298.68 |
| 2. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 5. | Brinks Home Security | Secured | 32.00 | 0.00 |
| 6. | Nuvell Credit Company LLC | Secured | 33,587.50 | 0.00 |
| 7. | Wells Fargo Home Mortgage | Secured | 23,700.38 | 0.00 |
| 8. | Franklin Credit Management Corporation | Secured | 3,178.08 | 0.00 |
| 9. | Household Financial Corporation | Secured | 7,452.00 | 0.00 |
| 10. | Cit Group | Secured | 9,664.20 | 0.00 |
| 11. | Wells Fargo Financial Bank | Unsecured | 1,137.45 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 257.80 | 0.00 |
| 13. | City Of Chicago | Secured | | No Claim Filed |
| 14. | GEMB | Unsecured | | No Claim Filed |
| 15. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 16. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 17. | EMC Mortgage Corporation | Unsecured | | No Claim Filed |
| 18. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |
| 19. | HFC | Unsecured | | No Claim Filed |
| 20. | Hsbc Nv | Unsecured | | No Claim Filed |
| 21. | HFC | Unsecured | | No Claim Filed |
| 22. | HFC | Unsecured | | No Claim Filed |
| 23. | HFC | Unsecured | | No Claim Filed |
| 24. | HomeComings Financial Network | Unsecured | | No Claim Filed |
| 25. | Cenlar Federal Savings Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cunningham, David

Printed: 1/29/08

Case Number: 07 B 16459
Judge: Squires, John H
Filed: 9/11/07

| | | | |
|---|---|---|---|
| 26. | Amercredit | Unsecured | No Claim Filed |
| 27. | Nicor Gas | Unsecured | No Claim Filed |
| 28. | City Of Chicago | Unsecured | No Claim Filed |
| 29. | Citi Auto | Unsecured | No Claim Filed |
| 30. | Peoples Energy Corp | Unsecured | No Claim Filed |
| 31. | Hsbc Nv | Unsecured | No Claim Filed |
| 32. | Accredited Home Lenders | Unsecured | No Claim Filed |
| 33. | Wells Fargo Fin Acceptance | Unsecured | No Claim Filed |
| 34. | Ameriquest Mortgage Company | Unsecured | No Claim Filed |
| 35. | Hsbc Nv | Unsecured | No Claim Filed |
| 36. | Nicor Gas | Unsecured | No Claim Filed |
| 37. | Accredited Home Lenders | Unsecured | No Claim Filed |
| 38. | Wells Fargo Fin Acceptance | Unsecured | No Claim Filed |
| 39. | Peoples Energy Corp | Unsecured | No Claim Filed |

$ 81,035.41          $ 1,298.68

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 74.13 |

$ 74.13

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

